NUMBER 13-06-147-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________________


IN THE INTEREST OF J.M.S., ET AL., CHILDREN


________________________________________________________


On appeal from the County Court at Law


of Kleberg County, Texas


________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam



 Appellant, Vera Shoemaker, perfected an appeal from a judgment entered by the
County Court at Law of Kleberg County, Texas, in cause number 04-044-C. On June
14, 2006, appellant filed a motion for new trial based on an incomplete record. On
November 2, 2006, this Court abated the appeal and remanded the case to the trial
court to make findings on these issues: 1) if, without the appellant's fault, a significant
portion of the court reporter's notes and records have been lost or destroyed or - if
the proceedings were electronically recorded - a significant portion of the recording
has been lost or destroyed or is inaudible; 2) if the lost, destroyed, or inaudible portion
of the reporter's record is necessary to the appeal's resolution; and 3) if the lost,
destroyed, or inaudible portion of the reporter's record cannot be replaced by
agreement of the parties. 

 The trial court's findings and recommendations were received and filed in this
Court on December 18, 2006. The trial court found that approximately one-half of the
record was audible, the latter half of the proceeding was not complete and audible,
and that the incomplete and inaudible portion of the record constituted a significant
portion of the record, which cannot be reconstructed. The trial court recommended
that because of the unavailability of a significant portion of the record, the case should
be remanded for a new hearing. 

 The Court, having examined and fully considered the documents on file and the
trial court's findings and recommendations, is of the opinion that the matter should be
remanded for a new trial. Appellant's motion for a new trial based on an incomplete
record is granted. The judgment of the trial court is REVERSED, and the cause is
REMANDED for a new trial.

 PER CURIAM



Memorandum Opinion delivered and

filed this the 29th day of March, 2007.